# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 14, 2009

| | |
|---|---|
| No.: 09-3214 | OSCAR GARCIA, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>R.J.B. PROPERTIES, INCORPORATED,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:06-cv-04994<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer |

Upon consideration of the motion to dismiss case pursuant to FRAP 42(b), filed by Appellant R.J.B. Properties, Incorporated, on September 10, 2009,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate** (form ID: **137**)

CERTIFIED COPY

A True Copy

Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 14, 2009


To:     Michael W. Dobbins
        UNITED STATES DISTRICT COURT
        Northern District of Illinois
        Chicago , IL 60604-0000


| No.: 09-3214 | OSCAR GARCIA, et al., Plaintiffs - Appellees |
| | v. |
| | R.J.B. PROPERTIES, INCORPORATED, Defendant - Appellant |

| **Originating Case Information:** |
| --- |
| District Court No: 1:06-cv-04994 |
| Northern District of Illinois, Eastern Division |
| District Judge Rebecca R. Pallmeyer |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.


TYPE OF DISMISSAL:                     F.R.A.P. 42(b)


STATUS OF THE RECORD:                  no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                          **Received by:**

_____                    _____

form name: **c7_Mandate** (form ID: **135**)