# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

November 30, 2010

*By the Court:*

| | |
|---|---|
| No.: 10-3217 | OSCAR GARCIA, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>R.J.B. PROPERTIES, INCORPORATED,<br>Defendant - Appellant |

**Originating Case Information:**

District Court No: 1:06-cv-04994
Northern District of Illinois, Eastern Division
District Judge Rebecca R. Pallmeyer

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on November 29, 2010, by counsel for the appellant and counsel for the appellees,

**IT IS ORDERED** that this case is **DISMISSED,** pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

Christine Duffhutkins
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: *c7_FinalOrderWMandate* (form ID: 137)